HOUSTON HEALTH CLUBS, INC., D/B/A President and First Lady Health and Racquetball Club, Petitioner,

v.

Dave A. RICKEY, Respondent.

No. D–4411.

Supreme Court of Texas.

Argued Feb. 17, 1994.

Decided Oct. 6, 1994.

Charles Seymore, Gary M. Pritchard, Houston, for petitioner.

Hugh J. Howerton, Houston, for respondent.

PER CURIAM.

The order of this Court of February 2, 1994, granting Houston Health Clubs' application for writ of error is withdrawn, as the application was improvidently granted.

In denying the application for writ of error, we neither approve nor disapprove of the court of appeals' treatment of Rickey's claims under the Deceptive Trade Practices–Consumer Protection Act, TEX.BUS. & COM.CODE

§§ 17.46(b)(5) & 17.46(b)(7). The application for writ of error is hereby denied.